McCAULEY, Appellant, v. MACKLIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by William McCauley against William C. Macklin. No opinion. Judgment of the Municipal Court affirmed, with costs.

McDONALD, Respondent, v. NEW YORK & P. TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Peter McDonald against the New York & Pennsylvania Telephone & Telegraph Company. No opinion. Judgment and order unanimously affirmed, with costs.

McGOWAN, Appellant, v. BARNUM, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by David J. McGowan against Curtis A. Barnum. C. L. Barber, for appellant. C. B. Pierce, for respondent. No opinion. Order modified, by deducting $10 from the recovery, and, as modified, affirmed, without costs.

McGOWAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Bridget M. McGowan against the city of New York. S. P. Cahill, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Tompkins McIlvaine against George Steinson.
PER CURIAM. Motion granted as to Hart; otherwise, denied.

McKENNA, Respondent, v. NEW YORK ELEVATED RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by John McKenna against the New York Elevated Railway Company. A. G. Fox, for appellant. E. M. Felt, for respondent. No opinion. Judgment affirmed, with costs.

In re McCANN. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of the petition of John McCann for the removal of Josiah H. Marshall as a justice of the peace of the town of Horseheads, N. Y. No opinion. Application granted.

MARSH, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Henry Marsh against the Standard Oil Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

In re MARTIN. In re GRANT. (Supreme Court, Appellate Division, First Department. June 24, 1904.) In the matter of James Martin, and in the matter of one Grant. No opinion. Motion denied.

MARTINEZ, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Albert Martinez against Patrick Ward. L. S. Gove, for appellant. H. R. Corey, for respondent. No opinion. Judgment affirmed with costs. Appeal from order dismissed, no order appearing in the record.

In re MATHOT. (Supreme Court, Appellate Division, First Department. June 29, 1904.) In the matter of William L. Mathot. No opinion. Motion denied, with $10 costs.

MAWSON, Appellant, v. WERMUTH, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Edward L. Mawson against William Wermuth. No opinion. Judgment and order affirmed, with costs.

MAWSON v. WERMUTH. (Supreme Court, Appellate Division, Third Department. Sept. 30, 1904.) Action by Edward L. Mawson against William Wermuth.
PER CURIAM. Motion for leave to appeal granted, and the following question certified: Was it competent and, proper for the respondent to allege and prove upon the trial of this proceeding, in defense thereof, that the judgment obtained by Martin Devoy against William Wermuth was assigned to Ebenezer Wermuth prior to the issuance by him of the execution under which the respondent's real property was sold; and had the county judge jurisdiction to try that question and determine the validity of the execution sale thereunder?

MAYCUMBER, Appellant, v. BUTTS, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by George Maycumber against Reuben Butts. No opinion. Judgment affirmed, with costs.

In re MAYERS. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) In the matter of the application of Henry J. Mayers, for admission to the bar. No opinion. Application granted.

MEYER, Appellant, v. WEBB, Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by Arthur L. Meyer against W. Seward Webb. L. Marshall, for appellant. H. B. Anderson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER et al., Respondents, v. RODE, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Charles E. Miller and Robert H. Benary against Edward Rode, doing business under the firm name of Rode & Brand. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOORE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Ap-